UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ANNE HILL, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | No. 6:26-CV-00125-LS |
| | § | |
| ATILUS WILTAIRE, STATE AUTO | § | |
| GROUP, LLC, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER DISMISSING CASE

The Court ordered Plaintiff Anne Hill to brief how and why this Court has subject matter jurisdiction based on diversity of citizenship between the parties.[1] Defendant State Auto Group, LLC, has the citizenship of its members.[2] Plaintiff concedes that she does not know the identities of Defendant's members and did not know at the time of filing.[3] Plaintiff therefore did not have a basis to bring this action in federal court and cannot meet her burden to establish subject matter jurisdiction. Accordingly, the Court **DISMISSES** this case without prejudice for lack of jurisdiction. All pending motions are **DENIED AS MOOT**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on April 9, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 6.
[2] *See Harvey v. Grey Wolf Drilling*, 542 F.3d 1077, 1080 (5th Cir. 2008).
[3] ECF No. 8 at 8 ("Plaintiff has been unable to find readily available public information identifying the members of State Auto Group.")